PER CURIAM.
The appellant challenges the trial court’s denial of her motion to suppress, citing for support Arkansas v. Sanders, 442 U.S. 753, 99 S.Ct. 2586, 61 L.Ed.2d 235 (1979), and United States v. Chadwick, 433 U.S. 1, 97 S.Ct. 2476, 53 L.Ed.2d 538 (1977). These cases were overruled four years ago by California v. Acevedo, 500 U.S. 565, 111 S.Ct. 1982, 114 L.Ed.2d 619 (1991). Florida is bound by this decision. See Fla. Const, art. I, § 12. Acevedo also effectively overrules Manee v. State, 457 So.2d 530 (Fla. 2d DCA 1984), rev. denied, 464 So.2d 556 (Fla.1985). The order of the trial court is affirmed.
DELL, C.J., and WARNER and PARIENTE, JJ., concur.